# NO. 12-07-00221-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TIMOTHY E. THOMPSON AND PAMELA THOMPSON, APPELLANTS* | § | *APPEAL FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *EAST TEXAS MEDICAL CENTER, APPELLEE* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants Timothy E. Thompson and Pamela Thompson and Appellee East Texas Medical Center have filed a joint motion to dismiss this appeal. In their motion, the parties state that they have reached a resolution of all issues in this case and request that the appeal be dismissed. Because the parties have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed. Each party shall pay the appellate costs that it incurred.

Opinion delivered May 14, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)